**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**DOCKET NO. 5:03CR6-1**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **GARY ALTON CHURCH** ) | |
| ) | |

This matter having come before the Court on the Motion to Dismiss filed by the United States, and the Court being sufficiently advised.

**IT IS HEREBY ORDERED** that the Motion of the United States is **GRANTED,** and the above-captioned Bill of Indictment (as it relates to **(1) GARY ALTON CHURCH** only) charge should be dismissed without prejudice.

Signed: March 22, 2013

Richard L. Voorhees
United States District Judge